# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3535

_____

Frederick Smith

*Plaintiff - Appellant*

v.

Democratic Party Arkansas; Will Bond, Individual Capacity Chairman Democratic
Party Arkansas; Candace Martin, Individual Capacity Spokeswoman DPA; Mike
Beebe, Head of Democratic Party Arkansas Individual Capacity; Mary McGowan,
Judge of Pulaski County Circuit Court Individual Capacity; Mark Martin,
Chairman of State Election Commission/Secretary of State Individual Capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: August 4, 2016
Filed: August 17, 2016
[Unpublished]

_____

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Frederick Smith appeals the adverse judgment entered by the district court[1] in his action asserting claims under, inter alia, 42 U.S.C. § 1983 and state law. Upon careful de novo review, we conclude that the district court appropriately disposed of Smith's claims. *See Anderson-Tully Co. v. McDaniel*, 571 F.3d 760, 762 (8th Cir. 2009) (grant of motion to dismiss is reviewed de novo); *see also* 28 U.S.C. § 1367(c)(4) (addressing supplemental jurisdiction); *Mireles v. Waco*, 502 U.S. 9, 11-12 (1991) (per curiam) (discussing absolute judicial immunity); *King v. Beavers*, 148 F.3d 1031, 1035 n.4 (8th Cir. 1998) (discussing, inter alia, qualified immunity).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Smith's pending motions.

————————————————

[1]The Honorable D. P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.